# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0288. UMEKKI GREEN v. GEORGIA DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.

On November 27, 2017, the trial court entered a "Final Order" in a whistle blower lawsuit filed by Umekki Green. On January 9, 2018, Green filed an application for discretionary appeal of the trial court's order. We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Green did not file her application for discretionary appeal until 43 days after the entry of the order she seeks to appeal, her appeal is untimely.

Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, 02/06/2018
 I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.